Case 7:23-cv-03963-NSR   Document 65   Filed 10/10/25   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025

# LOEVY + LOEVY

October 6, 2025

311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
www.loevy.com

October 6, 2025

**VIA ECF and Fax**
Hon. Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re:   *Randy Anderson, et al. v. The City of Mount Vernon, et al.*, Case No. 7:23-cv-03963-NSR

Dear Honorable Judge Roman:

Pursuant to Section 1(E) of Your Honor's Individual Practices in Civil Cases, Plaintiffs respectfully request an extension of time to November 14, 2025, to file a second amended complaint. The Court set the deadline for Plaintiffs' second amended complaint as October 13, 2025. Dkt. 63 at pp.16-17. There have been no previous requests for an extension to file the second amended complaint.

Plaintiffs make this request because counsel for Plaintiffs have numerous pressing matters. Attorney Jarrett Adams currently is preparing for a final pretrial conference on October 16, 2025 and a trial starting on November 3, 2025 in another civil rights case. Attorney Heather Lewis Donnell is presently responding to four motions for summary judgment due on October 24, 2025, and *Daubert* responses. Plaintiffs' counsel therefore will not have sufficient time to prepare the second amended complaint by October 13, 2025. Plaintiffs make this request in good faith and not for the purpose of delay. In addition, the extension will not prejudice any party. Plaintiffs have conferred with Defendants and they have no objection to the request for the extension.

MEMO ENDORSED

Thank you for your attention to this matter.

                    Respectfully submitted,

                    /s/ Heather Lewis Donnell
                    *One of Plaintiff's Attorneys*
                    LOEVY & LOEVY
                    Attorneys for Plaintiff
                    311 N. Aberdeen Street
                    Third Floor
                    Chicago, IL 60607
                    (312) 243-5900

                    /s/ Jarrett Adams
                    Jarrett Adams
                    LAW OFFICE OF JARRETT ADAMS, PLLC
                    40 Fulton Street, Floor 15
                    New York, NY 10038

cc: All Counsel of Record via ECF

Plaintiffs' request for an extension of time to file a second amended complaint is granted. Plaintiffs shall file its second amended complaint on or before November 14, 2025. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 64.

SO ORDERED:

Dated: October 10, 2025
White Plains, NY

NELSON S. ROMÁN
United States District Judge